UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-CV-23375-LETT

DAVID GARVIN,

    Plaintiff,

v.

APLA HEALTH AND WELLNESS, *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE comes before the Court *sua sponte* upon review of the docket. The Plaintiff, David Garvin, filed the Complaint for Declaratory Relief, Temporary Restraining Order, and Protective Injunction on July 28, 2025. ECF No. 1. On August 4, 2025, the Court *sua sponte* entered an order requiring payment of the filing fee or motion to proceed in forma pauperis. ECF No. 6. The Court also reserved ruling on Mr. Garvin's pending motions upon Mr. Garvin's satisfaction of the Court's Order. ECF No. 7. On August 6, 2025, Mr. Garvin again attempted to file a Motion for an Ex Parte Temporary Restraining Order [ECF No. 8], which was stricken by the Court for failure to adhere to previous court orders, 28 U.S.C. § 1914(a), and the CM/ECF Administrative Procedures of the Southern District of Florida, which require payment of a filing fee or the submission of the appropriate paperwork to proceed in forma pauperis. ECF No. 10. The Court instructed Mr. Garvin to pay the filing fee or file a Motion to Proceed In Forma Pauperis by August 11, 2025. ECF No. 6. To date,

Mr. Garvin has not complied with either of these directives. *See generally*, Docket. Under Federal Rule of Civil Procedure 41(b), failure to comply with court orders may warrant the dismissal of a case. Additionally, courts have the inherent power to act *sua sponte* to dismiss actions based on a plaintiff's failure to prosecute a case. *See Kelly v. Astrue*, 5:08-CV-258-Oc-10GRJ, 2009 WL 302167, at *2 (M.D. Fla. Feb. 6, 2009) (adopting a Report and Recommendation to dismiss a complaint after a pro se plaintiff failed to prosecute the case after filing the complaint and failed to respond to a court order to provide completed service of process forms and summonses).

Accordingly, it is hereby **RECOMMENDED** that the Complaint be **DISMISSED without prejudice** for failure to comply with the Court's orders and failure to prosecute the case.

Within fourteen (14) days after being served with a copy of this Report and Recommendation, any party may serve and file written objections to any of the above findings and recommendations. 28 U.S.C. § 636(b)(1); S.D. Fla. Mag. R. 4(a). The parties are hereby notified that a failure to timely object waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions contained in this Report and Recommendation. 11th Cir. R. 3-1 (2014).

**DONE and ORDERED** in Chambers in Miami, Florida on this 11th day of September, 2025.

*Enjolique A. Lett*

**ENJOLIQUÉ A. LETT**
**UNITED STATES MAGISTRATE JUDGE**

cc: All Counsel of Record