UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-23375-BLOOM/Lett

DAVID GARMIN,

    Plaintiff,

v.

APLA HEALTH AND WELLNESS, *et al.*,

    Defendants.
_____/

## ORDER ON REPORT AND RECOMMENDATION
## TO DISMISS COMPLAINT WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon Magistrate Judge Enjoliqué Lett's *sua sponte* review of the docket and Plaintiff's Complaint, ECF No. [1]. After reviewing the docket, Judge Lett determined that Plaintiff had neither paid the required filing fee or filed a motion to proceed *in forma pauperis*. *See* ECF No. [12]. Consequently, Judge Lett issued an Order on August 4, 2025, directing Plaintiff to either pay the filing fee or file a motion to proceed *in forma pauperis* no later than August 11, 2025. ECF No. [6]. Judge Lett also reserved ruling on Plaintiff's pending motions until Plaintiff complied with the Court's Order. ECF No. [7].

On September 11, 2025, Judge Lett conducted another *sua sponte* review of the docket and found that Plaintiff had still not complied with the Court's August 4, 2025 Order. ECF No. [12] at 1-2. Accordingly, Judge Lett issued a report and recommendation ("R&R"), recommending that the case be dismissed for failure to comply with the Court's Order. *Id.* at 2.[1] The R&R also advised the parties that "[w]ithin fourteen (14) days after being served with a copy of this Report and

---

[1] The matter was assigned to Magistrate Judge Lett pursuant to Administrative Order 2025-11. Because Judge Lett did not possess authority to issue a dispositive order in this case, she issued a Report and Recommendation instead.

Recommendation, any party may serve and file written objections to any of the above findings and recommendations. 28 U.S.C. § 636(b)(l); S.D. Fla. Mag. R. 4(a). The parties [were further] notified that a failure to timely object waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions contained in this Report and Recommendation. 11th Cir. R. 3-1 (2014)." *Id.* at 2.

"If a party fails to object to any portion of the magistrate judge's report, those portions are reviewed for clear error." *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (quoting *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999)). The portions of the report and recommendation to which an objection is made are reviewed *de novo* only if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3); *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). To date, the parties have not filed objections, nor have they sought additional time to file objections. Nonetheless, the Court has conducted a *de novo* review of Judge Lett's R&R, the record, and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Lett's R&R to be well reasoned and correct. The Court therefore agrees with the analysis and concludes that Plaintiff's Complaint is dismissed without prejudice.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation, **ECF No. [12]**, is **ADOPTED**.
2. This case is **DISMISSED WITHOUT PREJUDICE**.
3. The Clerk of Court is directed to **CLOSE** this case. If Plaintiff files a new Complaint, he must do so by opening a new case.
4. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are

Case No. 25-cv-23375-BLOOM/Lett

**TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 26, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

David Garvin
1327 E. 83rd Street Apt. 2
Los Angeles, CA 90001
PRO SE